IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MARK FULTZ, Individually, | ) | CA No.: 2:21:cv-00640-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| OLD CITADEL ASSOCIATES, LLC | ) | |
| a South Carolina Limited Liability | ) | |
| Company, | ) | |
| Defendant. | ) | |
| _____) | | |

COMES NOW, the Plaintiff, with the consent of the Defendant, and stipulates that all claims that were that could have been asserted between the parties arising out of matters in the Complaint are ended and dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal is with prejudice and each party shall bear their own attorney fees and costs.

Dated this 22nd  day of October, 2021

| | |
|---|---|
| s/Vanessa A. Richardson (w/ permission) | s/Stephanie G. Brown |
| Lawrence A. Fuller, *pro hac vice* | Stephanie G. Brown |
| Fuller, Fuller & Associates, P.A. | Federal ID No.: 123434 |
| 12000 Biscayne Boulevard, Suite 502 | Wall, Templeton and Haldrup, P.A. |
| North Miami, FL  33181 | 145 King Street |
| Telephone: (305) 891-5199 | Charleston, SC  29402 |
| Facsimile:  (305) 893-9505 | Telephone: (843) 329-9500 |
| lfuller@fullerfuller.com | Facsimile: (843) 329-9501 |
| and | Stephanie.Brown@WallTempleton.com |
| Vanessa Ann Richardson. | *Attorneys for Defendant* |
| Federal ID No. 09748 | |
| VAR Law Firm, LLC | |
| PO Box 80969 | |
| Simpsonville, SC 29690 | |
| Telephone: (843) 520-6452 | |
| varlawfirm@gmail.com | |
| *Attorneys for Plaintiff* | |